UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAIRE HARLAM,               ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.                            ) <br> ) <br> BLUE DIAMOND GROWERS,   ) <br> ) <br> Defendant.           ) <br> ) | Case No.  15-CV-00877 (MKB) (RML) <br><br> **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF CONFERENCE** |

  Plaintiff Claire Harlam and Defendant Blue Diamond Growers (collectively, the "Parties") respectfully submit this joint report regarding the status of the nationwide settlement and jointly request that the conference scheduled for May 9, 2017 be continued in light of the final approval of a nationwide settlement that covers this action.

  On March 29, 2017, the court in *Townsend v. Blue Diamond Growers*, No. CV-14-958-4 (Circuit Court of Washington County, Arkansas), one of a number of parallel actions around the country, and the action through which approval of a class settlement was sought, granted final approval of the nationwide class settlement.  The time to appeal the final approval order expired on April 28, 2017.  The parties have received one notice of appeal.  As soon as the appeals process in *Townsend* concludes, the nationwide settlement will become final and this action will be dismissed pursuant to the terms of the settlement.

  The Parties respectfully request a 90-day continuance to allow time for the appeals process to proceed and for the settlement to conclude.  The parties will file another joint status report in advance of the continued status conference date.

  Accordingly, the Parties respectfully request that the Court continue the current Case Management/Status Conference of May 9, 2017 to August 8, 2017 or a date thereafter that is convenient for the Court.

May 3, 2017

Respectfully submitted,

| PLAINTIFF CLAIRE HARLAM | DEFENDANT BLUE DIAMOND GROWERS |
|---|---|
| By:/s/ *Matthew Prewitt* | By:/s/ *Joshua L. Solomon* |
| Matthew Prewitt (*pro hac vice*) | Alexandra S. Davidson (AD5705) |
| CUNEO GILBERT & LADUCA, LLP | Joshua L. Solomon (*pro hac vice*) |
| 16 Court Street | POLLACK SOLOMON DUFFY LLP |
| Suite 1012 | 225 Broadway, Suite 1515 |
| Brooklyn, New York 11241 | New York, New York 10007 |
| Telephone: 929-258-7815 | Telephone: 212-493-3100 |
| mprewitt@cuneolaw.com | jsolomon@psdfirm.com |